# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Monday, April 3, 2017

No. 17–0329/AR.   U.S. v. Randy L. Simpson Jr.   CCA 20140126.   Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 on this date on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY FINDING A SUBSTANTIAL BASIS IN LAW AND FACT TO QUESTION APPELLANT'S PLEA IN LIGHT OF THE SUPREME COURT DECISION IN *UNITED STATES v. SHAW*, 137 S.CT. 462 (2016), AND THE COURT OF APPEALS FOR THE ARMED FORCES DECISION IN *UNITED STATES v. CIMBALL–SHARPTON*, 73 M.J. 299 (C.A.A.F. 2014).

Appellant will file a brief under Rule 22(b) in support of said certificate on or before May1, 2017.

No. 17–0253/AR.   U.S. v. Douglas E. Reynolds, Jr.   CCA 20140856.

On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER, IN A COURT–MARTIAL TRIED BY MILITARY JUDGE ALONE, THE MILITARY JUDGE ABUSED HIS DISCRETION BY GRANTING THE GOVERNMENT'S MOTION TO USE THE CHARGED SEXUAL MISCONDUCT FOR MILITARY RULE OF EVIDENCE 413 PURPOSES TO PROVE PROPENSITY TO COMMIT THE CHARGED SEXUAL MISCONDUCT IN LIGHT OF *UNITED STATES v. HILLS* AND THAT ERROR WAS NOT HARMLESS BEYOND A REASONABLE DOUBT.

No briefs will be filed under Rule 25.